IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TERA PHILLIPS, individually and on
behalf of all others similarly situated                               PLAINTIFF

v.                          No. 4:25-cv-708-DPM

MAINLINE HEALTH SYSTEMS, INC.                                         DEFENDANT

## ORDER

This case is closely related to another case recently opened in the Eastern District of Arkansas, *Austin v. Mainline Health Systems, Inc.*, No. 4:25-cv-646-BSM.  In the interest of judicial economy and consistent rulings, the Court directs the Clerk to transfer this case to United States District Judge Brian S. Miller by chip exchange.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 July 2025