## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TERA PHILLIPS**                                                           **PLAINTIFF**

**v.**                           **CASE NO. 4:25-CV-00708-BSM**

**MAINLINE HEALTH SYSTEMS, INC.**                            **DEFENDANT**

### <u>ORDER</u>

Tera Phillips has filed a notice of voluntary dismissal. Doc. No. 4. Pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case is dismissed without prejudice.

IT IS SO ORDERED this 25th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE