IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERA PHILLIPS**                                                                                           **PLAINTIFF**

v.                               **CASE NO. 4:25-CV-00708-BSM**

**MAINLINE HEALTH SYSTEMS, INC.**                                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 25th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE